IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS-SPRINGFIELD DIVISION

NICHOLAS CHITTICK
  (Plaintiff)

         v.

WEXFORD HEALTH SOURCES, INC., et al

Case No. 20-3075

THE HONORABLE SUE E.
MYERSCOUGH, JUDGE PRESIDING

FILED
JUL 2 0 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICIAL LETTER TO THE CLERK OF THE COURT

Dear Clerk:
Hello. On July 8, 2020, Judge Sue E. Myerscough entered an order dismissing the above entitled cause without prejudice. Plaintiff received it on July 13, 2020.

Plaintiff filed this action via USPS. The original filing included original documents (declarations, etc.) that will be difficult, if not impossible, to replace, as he is no longer at the correctional facility where the events giving rise to this action occured.

Plaintiff previously provided the clerk with a self-addressed, postage paid manila envelope for the return of his materials and now respectfully requests that the court return his materials.

Plaintiff did not file a motion to waive filing fee because he knows his chances of prevailing against Wexford without professional counsel are virtually non-existent. He has continued to seek representation on contingency to no avail. He failed to pay the filing fee because Catherine Chittick -plaintiff's sole source of contributions, virtually- has been unable to work since March and is now hospitalized and awaiting a lung transplant.

If plaintiff is unable to retain counsel by October 1, 2020, he intends to file again with an updated trust fund ledger, therefore he requests the return of his materials. Thank you.

Respectfully submitted,
Nicholas Chittick

Nicholas Chittick
IDOC# R04441
Jacksonville C.C.
2268 East Morton Avenue
Jacksonville, IL 62650

LEGAL MAIL-CONFIDENTIAL

This Correspondence is from an Inmate
of the Illinois Department of Corrections

SPRINGFIELD IL 625

16 JUL 2020 PM 2 L

United States District Court
Central District of Illinois
Office of the Clerk · Room 305
Federal Building
100 N.E. Monroe
Peoria, IL 61602